## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EPISTAR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 19-1626-CFC |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| GMY LIGHTING TECHNOLOGY CO., LTD., | ) | |
| LIGHTINTHEBOX HOLDING CO., LTD., | ) | |
| LIGHT IN THE BOX LIMITED, | ) | |
| LIGHTINTHEBOX INTERNATIONAL | ) | |
| LOGISTIC CO., LIMITED, and LITB, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT-IN-PRINCIPLE AND
## STIPULATION TO STAY ALL DEADLINES

PLEASE TAKE NOTICE that Plaintiff Epistar Corporation ("Epistar") and Defendants

LightInTheBox Holding Co., Ltd., Light In The Box Limited, LightInTheBox International

Logistic Co., Limited, and LITB, Inc. (collectively, the "LITB Defendants") have reached a

settlement-in-principle in the above-captioned case.

As previously indicated, Epistar states that it separately reached a settlement agreement

with Defendant GMY Lighting Technology Co., Ltd.

Accordingly, in light of the pending settlement, Epistar and the LITB Defendants hereby

request through the undersigned counsel for Epistar that the Court stay all deadlines in this

action.  The purpose of the stay is to allow Epistar and the LITB Defendants to finalize drafting

the settlement agreement and obtain necessary signatures.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:  */s/ David E. Moore*

David E. Moore (#3983)

James C. Yoon
Albert Shih
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel:  (650) 493-9300

Bindu A. Palapura (#5370)
Tracey E. Timlin (#6469)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
ttimlin@potteranderson.com

Dated:  March 6, 2020
6609581 / 49422

*Attorneys for Plaintiff Epistar Corporation*

IT IS SO ORDERED this _____ day of _____, 2020.

_____
United States District Court Judge